CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2009-6664　　　　　　　　　　　　　　　DIVISION "J"

IN RE: WESSAM, LLC

FILED:_____　　_____
　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## JUDGMENT

Present:　Mark G. Duncan, Davis & Duncan, LLC for Petitioner Mutaz Hussein;

*No appearance by Defendants*

Considering the Motion for Appointment of Receiver and Contempt, filed by the Petitioner, the documents annexed thereto, and the Petitioner having appeared through his above counsel before this Court on December 18, 2009, and considering the arguments of counsel:

IT IS ORDERED, ADJUDGED AND DECREED THAT Petitioner's Motion for Appointment of Receiver and Contempt is hereby granted;

IT ORDERED THAT Third Millennium Insurance and Financial Services, Inc., 8116 One Calais Avenue, Suite 2A, Baton Rouge, LA 70809 be and is hereby appointed as receiver of Wessam, LLC, without bond, pursuant to the provisions of the Louisiana Revised Statutes 12:151 and is hereby authorized to perform the daily operations of the company and to preserve the assets of the company for the best interest of all parties and creditors of the company.

IT IS FURTHER ORDERED THAT such appointment shall continue until terminated by this Court.

IT IS FURTHER ORDERED THAT Petitioner be awarded costs of this motion in the sum of $56.00.

New Orleans, Louisiana this 22 day of ~~December, 2009~~ January, 2010

A TRUE COPY

_____
DEPUTY CLERK - CIVIL DISTRICT COURT
PARISH OF ORLEANS

_____
JUDGE

EXHIBIT E